IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MOZELLA ARMSTRONG                                        PLAINTIFF

V.                            NO.  4:04CV00787 JWC

JO ANNE B. BARNHART,                                     DEFENDANT
Commissioner, Social
Security Administration

JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion
and Order entered this date.  This case is hereby reversed and remanded for action
consistent with the Court's opinion.  This is a "sentence four" remand within the meaning
of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 30th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE